In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00241-CV
_____

**IN RE LAMAR UNIVERSITY, KENNETH EVANS, CATHERINE BLANCHARD, JEFF BELL, AND MARCO BORN**

**Original Proceeding**
**60th District Court of Jefferson County, Texas**
**Trial Cause No. E-201,876**

**ORDER**

Lamar University, Kenneth Evans, Catherine Blanchard, Jeff Bell, and Marco Born filed a petition for writ of mandamus. The relators are defendants in Cause No. E-201,876, *Holly Bruder, et al. v. Lamar University, et al.* Relators seek a writ compelling the Honorable Justin Gary Sanderson, Judge of the 60th District Court of Jefferson County, Texas, to rule on Relators' plea to the jurisdiction prior to granting discovery in the case and prior to holding a temporary injunction hearing. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017).

Relators request a stay of discovery and all further proceedings in the trial court as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all discovery and all further proceedings in Cause No. E-201,876 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the Relators as a condition to any relief herein granted.

The response of the real parties in interest, Holly Bruder and Allison Honkofsky, to the mandamus petition is due July 2, 2018.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED June 20, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.